1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   AMANDO GARCIA-GARCIA
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,        )   No. 2:11-cr-350 MCE
                                    )
12              Plaintiff,          )
                                    )   STIPULATION AND ORDER CONTINUING
13      v.                          )   CASE
                                    )
14 AMANDO GARCIA-GARCIA,            )   Date:  November 3, 2011
                                    )   Time:  9:00 a.m.
15              Defendant.          )   Judge: Hon. Morrison C. England
                                    )
16 _____)

17
        **IT IS HEREBY STIPULATED** by and between Assistant United States
18
   Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant
19
   Federal Defender Jeffrey L. Staniels, counsel for Defendant that the
20
   above case, be dropped from this court's November 3, 2011, calendar, at
21
   the request of the defense, and be continued until December 8, 2011, at
22
   9:00 a.m.
23
        **IT IS FURTHER STIPULATED** that time be excluded between November 3,
24
   2011, through and including December 8, 2011, pursuant to 18 U.S.C. §
25
   3161(h)(7)(A) & (B)(iv). Local Code T-4.
26
        This continuance is necessitated by the unavailability of
27
   counsel's interpreter to review the Pre-Plea Presentence report and the
28

terms of the government's proposed fast-track plea agreement.

**IT IS SO STIPULATED.**

Dated:  November 1, 2011         /S/ Michele M. Beckwith
                                 Michele M. Beckwith
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

Dated:  November 1, 2011         /S/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 AMANDO GARCIA-GARCIA

# O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for November 3, 2011, at 9:00 a.m. be continued to December 8, 2011, at 9:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the December 8, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: November 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time       2